UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

Smart Mortgage Centers, Inc.
         Plaintiff,

v.                  Case No.: 1:20−cv−07248
                  Honorable Gary Feinerman

Brian Noe, et al.
         Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 21, 2021:

  MINUTE entry before the Honorable Gary Feinerman: Plaintiff has filed a notice of voluntary dismissal [31], the terms of which are set forth therein. The 7/30/2021 status hearing [27] is stricken. Civil case closed. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.